**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

KRANTHI SAGAR PACHIKORU,

        Plaintiff,

    v.                               **Civil Action No.: 4:25-CV-40184-MRG**

VERTEX PHARMACEUTICALS INC.,

        Defendant.

**NOTICE OF CHANGE OF ADDRESS**

Plaintiff, Kranthi Sagar Pachikoru, appearing *pro se*, hereby notifies the Court of a change of address. This change is necessitated by the expiration of Plaintiff's nonimmigrant status and the surrender of his physical residence in the United States resulting from the termination of employment at issue in this action; all future orders, pleadings, notices, and correspondence should be directed to:

Kranthi Sagar Pachikoru
2 Congress St, Unit 18
Milford, MA 01757

Plaintiff has also updated his contact information within the PACER/NextGen CM/ECF system. Respectfully submitted,

/s/ Kranthi Sagar Pachikoru
Kranthi Sagar Pachikoru, Pro Se
2 Congress St, Unit 18
Milford, MA 01757
Date: January 13, 2026

**CERTIFICATE OF SERVICE**

I certify that on January 13, 2026, the foregoing notice was electronically filed via the CM/ECF system. Because the Defendant has not yet been served, a copy of this notice will be served upon the Defendant, Vertex Pharmaceuticals Inc., along with the Summons and Complaint via process service.


/s/ Kranthi Sagar Pachikoru

Kranthi Sagar Pachikoru

Date: January 13, 2026