AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **4:25-cv-40184-DHH**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Vertex Pharmaceuticals Inc.**
was recieved by me on  **1/19/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Shaihiem James**, who is designated by law to accept service of process on behalf of **Vertex Pharmaceuticals Inc.** at **84 State St, Boston, MA 02109** on **01/20/2026 at 10:12 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  01/20/2026

_____
*Server's signature*

**Michael Palermo**
*Printed name and title*

**192 East St
Ste:197
Ludlow, MA 01056**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Summons; Complaint; Notice of Change of Address,  to Shaihiem James who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs.**



Tracking #: **0204457211**