**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KRANTHI SAGAR PACHIKORU,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX PHARMACEUTICALS INC.,<br><br>Defendant. | Civil Action No: 4:25-cv-40184-MRG |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Lynn A. Kappelman of Seyfarth Shaw LLP, Two Seaport Lane, Suite 1200, Boston, Massachusetts 02210, as counsel for Defendant Vertex Pharmaceuticals Inc. in connection with the above captioned action.

Dated:  February 10, 2026

Respectfully submitted,

VERTEX PHARMACEUTICALS INC.,

By its Attorneys,


/s/ *Lynn A. Kappelman*
Lynn A. Kappelman (BBO # 642017)
lkappelman@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone:     (617) 946-4800
Facsimile:      (617) 946-4801

2

**<u>CERTIFICATE OF SERVICE</u>**

I, Lynn A. Kappelman, hereby certify that on February 10, 2026, a true and accurate copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman