**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KRANTHI SAGAR PACHIKORU,<br><br>    Plaintiff,<br><br>v.<br><br>VERTEX PHARMACEUTICALS INC.,<br><br>    Defendant. | Civil Action No: 4:25-cv-40184-MRG |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Vertex Pharmaceuticals Incorporated ("Vertex") states that it is a publicly traded biotechnology company incorporated in the Commonwealth of Massachusetts. No parent company, subsidiary or affiliate of Vertex, nor any other company having outstanding securities in the hands of the public, owns 10% or more of Vertex's stock.

Dated:  February 10, 2026

Respectfully submitted,

VERTEX PHARMACEUTICALS INC.,

By its Attorneys,

/s/ *Lynn A. Kappelman*
Lynn A. Kappelman (BBO # 642017)
lkappelman@seyfarth.com
Christopher W. Kelleher (BBO # 705508)
ckelleher@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Facsimile:    (617) 946-4801

2

## <u>CERTIFICATE OF SERVICE</u>

I, Lynn A. Kappelman, hereby certify that on February 10, 2026, a true and accurate copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lynn A. Kappelman* _____
Lynn A. Kappelman