**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**(WORCESTER DISTRICT)**

KRANTHI SAGAR PACHIKORU,
Plaintiff,

v.

VERTEX PHARMACEUTICALS INC.,
Defendant.

Civil Action No.: 4:25-CV-40184-MRG

---

**PLAINTIFF'S NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(1)(B) IN LIEU OF OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

---

Plaintiff Kranthi Sagar Pachikoru ("Mr. Pachikoru"), proceeding *pro se*, respectfully submits this Notice to inform the Court and Defendant Vertex Pharmaceuticals Inc. ("Vertex") of his intent to file a First Amended Complaint as a matter of course.

1. On February 10, 2026, Vertex filed a Motion to Dismiss for Failure to State a Claim (ECF No. 14) and an accompanying Memorandum in Support (ECF No. 15).

2. Under Federal Rule of Civil Procedure 15(a)(1)(B), Mr. Pachikoru's deadline to amend as a matter of course is **March 3, 2026**, within the 21-day prescribed period.

3. Rather than file an opposition to the pending Motion, Mr. Pachikoru intends to exercise his right under Fed. R. Civ. P. 15(a)(1)(B) to file a First Amended Complaint on or before March 3, 2026, addressing the alleged deficiencies raised in Vertex's Motion.

**4.**    Mr. Pachikoru respectfully requests that the Court defer consideration of Vertex's pending Motion to Dismiss (ECF No. 14), as the forthcoming First Amended Complaint will supersede the original Complaint and render the pending Motion moot.

**WHEREFORE**, Mr. Pachikoru respectfully requests that the Court hold Vertex's pending Motion to Dismiss in abeyance or deny it as moot upon the docketing of the First Amended Complaint.

Dated: February 24, 2026

Respectfully submitted,

/s/ Kranthi Sagar Pachikoru

_____

Kranthi Sagar Pachikoru
Plaintiff, *Pro Se*

2 Congress St, Ste 18
Milford, MA 01757
Phone: 571-570-3607
Email: kranthi@tuta.io

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, this Notice of Intent to File First Amended Complaint was filed electronically through the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Kranthi Sagar Pachikoru

_____

Kranthi Sagar Pachikoru
Plaintiff, *Pro Se*