**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KRANTHI SAGER PACHIKORU,<br><br>Plaintiff,<br><br>v.<br><br>VERTEX PHARMACEUTICALS INC.,<br><br>Defendant. | Case No. 4:25-cv-40184-MRG |

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S
DEADLINE TO RESPOND TO AMENDED COMPLAINT**

Defendant Vertex Pharmaceuticals Incorporated ("Defendant"), with the consent of Plaintiff Kranthi Sager Pachikoru ("Plaintiff"), requests that the Court extend Defendant's deadline to respond to Plaintiff's Amended Complaint by fourteen (14) days, up to and including March 31, 2026. In support of this request, which is the first request for an extension of this deadline, Defendant states as follows:

1.      This action arises out of Plaintiff's employment relationship with Defendant. Plaintiff is proceeding *pro se*.

2.      Plaintiff filed his original Complaint in this action on November 12, 2025, and served Defendant on January 10, 2026. (ECF Nos. 1, 10.)

3.      Plaintiff's original Complaint spanned more than 191 paragraphs and included eight Counts, and ten individual claims.  (ECF No. 1)

4.      On February 10, 2026, Defendant moved to dismiss the original Complaint in its entirety. (ECF Nos. 14-15.)

5.      On March 3, 2026, in response to Defendant's motion to dismiss, Plaintiff filed an Amended Complaint. (ECF Nos. 17-18.)

6.     The Amended Complaint expands on the original Complaint, contains more than 277 lengthy paragraphs, many of which contain numerous subparts, and asserts new legal claims, including a claim under the Massachusetts Wage Act. (ECF No. 18.) A redline comparison of the original Complaint and the Amended Complaint is attached hereto as **Exhibit A**.

7.     Defendant's current deadline to answer or otherwise respond to the Amended Complaint is March 17, 2026. However, given the extent of the new allegations and claims, Defendant requires additional time to investigate and respond to the Amended Complaint. This additional time will also enable Defendant to synthesize the issues and streamline the Court's review, which will serve the interests of judicial economy.

8.     Accordingly, Defendant respectfully requests a 14-day extension for Defendant to file its responsive pleading to the Amended Complaint, up to and including March 31, 2026.

9.     The parties conferred on March 5, 2026; Plaintiff assents to the relief sought in this Motion; and no party will be prejudiced by this brief extension.

Dated:  March 5, 2026

Respectfully submitted,

VERTEX PHARMACEUTICALS INC.,

By its Attorneys,

/s/ *Christopher W. Kelleher*
Lynn A. Kappelman (BBO # 642017)
lkappelman@seyfarth.com
Christopher W. Kelleher (BBO # 705508)
ckelleher@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone:    (617) 946-4800
Facsimile:    (617) 946-4801

## <u>CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)</u>

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on March 5, 2026, counsel for Defendant conferred with Plaintiff regarding the issues raised in this Motion. Plaintiff stated that he does not oppose the request raised in this Motion.

*/s/ Christopher W. Kelleher*
Christopher W. Kelleher

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher W. Kelleher, hereby certify that on March 5, 2026, a true and accurate copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Christopher W. Kelleher*
Christopher W. Kelleher