# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

## (WORCESTER DISTRICT)

| | |
|---|---|
| KRANTHI SAGAR PACHIKORU,<br>Plaintiff,<br><br>v.<br><br>VERTEX PHARMACEUTICALS INC.,<br>Defendant. | Civil Action No.: 4:25-CV-40184-MRG |

---

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS IN EXCESS OF 20 PAGES

---

Plaintiff Kranthi Sagar Pachikoru ("Mr. Pachikoru" or "Plaintiff"), proceeding *pro se*, respectfully moves for leave to file a Memorandum of Law in Opposition to Defendant Vertex Pharmaceuticals Incorporated's ("Vertex" or "Defendant") Renewed Motion to Dismiss (ECF 23) of up to thirty (30) pages, exceeding the twenty-page limit set forth in Local Rule 7.1(b)(4). In support, Mr. Pachikoru states:

1. The First Amended Complaint ("FAC") (ECF 18) asserts nine claims, including violations of the Trafficking Victims Protection Reauthorization Act (18 U.S.C. § 1589), 42 U.S.C. § 1981, two counts of fraudulent misrepresentation, wrongful termination in violation of public policy, M.G.L. c. 149 § 52C, promissory estoppel, Intentional Infliction of Emotional Distress (IIED), and the Massachusetts Wage Act.

1

2

2. The Court previously granted Vertex leave to file a 29-page memorandum in support of its Motion to Dismiss. Mr. Pachikoru seeks comparable space to respond to Vertex's extended briefing and to address the intersecting statutory frameworks at issue.

3. Counsel for Vertex, Christopher W. Kelleher, has been consulted and does not oppose this request.

**WHEREFORE**, Mr. Pachikoru respectfully requests that the Court grant this Motion and permit Mr. Pachikoru to file a Memorandum of Law in Opposition not to exceed thirty (30) pages.

Dated: April 9, 2026

Respectfully submitted,

/s/ Kranthi Sagar Pachikoru

_____

Kranthi Sagar Pachikoru

Plaintiff, Pro Se

2 Congress St, Ste 18

Milford, MA 01757

Phone: 571-570-3607

Email: kranthi@tuta.io

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on April 6, 2026, I conferred with counsel for Vertex, Christopher W. Kelleher, regarding the relief requested in this Motion. Attorney Kelleher stated that Vertex does not oppose this request.


/s/ Kranthi Sagar Pachikoru

_____

Kranthi Sagar Pachikoru

Plaintiff, Pro Se


## CERTIFICATE OF SERVICE

I certify that on April 9, 2026, the foregoing motion was electronically filed via the CM/ECF system. Because Vertex's counsel is a registered participant of the CM/ECF system, service is being made upon Vertex's counsel electronically.


/s/ Kranthi Sagar Pachikoru

_____

Kranthi Sagar Pachikoru

Plaintiff, Pro Se


3