**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KRANTHI SAGAR PACHIKORU, <br><br> Plaintiff, <br><br> v. <br><br> VERTEX PHARMACEUTICALS INC., <br><br> Defendant. | Civil Action No: 4:25-cv-40184-MRG |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(b)(3), Defendant Vertex Pharmaceuticals Incorporated ("Defendant" or "Vertex") respectfully requests leave to file an approximately seven-page reply brief in support of its Motion to Dismiss Plaintiff Kranthi Sagar Pachikoru's ("Plaintiff") First Amended Complaint ("FAC")—a copy of which is attached hereto as **Exhibit A**.  Plaintiff does not oppose this motion.  As grounds for this motion, Vertex states:

1. Vertex filed its Motion to Dismiss Plaintiff's FAC on March 31, 2026. Dkts. 22-23.

2. On April 14, 2026, Plaintiff filed his Opposition to Vertex's Motion to Dismiss. Dkt. 28.

3. Vertex's concise reply brief will assist the Court in resolving Vertex's Motion to Dismiss, and is narrowly tailored to address particular arguments made in Plaintiff's Opposition.

4. On May 6-7, 2026, counsel for Vertex conferred with Plaintiff regarding the relief sought herein. Plaintiff indicated that he does not oppose this motion, provided that Vertex will agree not to oppose Plaintiff's anticipated request to file a sur-reply of no more than seven pages within 14 days after Vertex's reply is filed. Vertex so agrees.

Accordingly, Vertex respectfully requests leave to file a reply brief. A copy of the proposed reply for filing is attached as **Exhibit A**.


Dated:  May 8, 2026                                Respectfully submitted,

                                                                VERTEX PHARMACEUTICALS
                                                                INCORPORATED,

                                                                By its Attorneys,


                                                                /s/ *Lynn A. Kappelman*
                                                                Lynn A. Kappelman (BBO # 642017)
                                                                lkappelman@seyfarth.com
                                                                Christopher W. Kelleher (BBO # 705508)
                                                                ckelleher@seyfarth.com
                                                                SEYFARTH SHAW LLP
                                                                Two Seaport Lane, Suite 1200
                                                                Boston, MA 02210-2028
                                                                Telephone:    (617) 946-4800
                                                                Facsimile:    (617) 946-4801

## <u>CERTIFICATE PURSUANT TO LOCAL RULE 7.1(A)(2)</u>

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on May 6-7, 2026, counsel for Defendant conferred with Plaintiff regarding the issues raised in this Motion. Plaintiff stated that he does not oppose the request raised in this Motion.

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman

## <u>CERTIFICATE OF SERVICE</u>

I, Lynn A. Kappelman, hereby certify that on May 8, 2026, a true and accurate copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Lynn A. Kappelman*
Lynn A. Kappelman
