

**Seyfarth Shaw LLP**

Seaport East

Two Seaport Lane, Suite 1200

Boston, Massachusetts  02210-2028

**T** (617) 946-4800

**F** (617) 946-4801

ckelleher@seyfarth.com

T (617) 946-4990

www.seyfarth.com

May 13, 2026

**<u>Via ECF</u>**

Honorable Margaret R. Guzman

United States District Court

District of Massachusetts (Worcester)

595 Main Street

Worcester, Massachusetts 01608

**Re:    Kranthi Sagar Pachikoru v. Vertex Pharmaceuticals, Inc.**
**Civil Action No. 4:25-cv-40184-MRG**

Dear Judge Guzman,

In accordance with Fed. R. Civ. P. 16, Local Rule 16.1, and this Court's standing orders, Defendant Vertex Pharmaceuticals Incorporated ("Vertex") respectfully requests that the Court convene an early scheduling conference in the above-referenced matter.

As this Court knows, Vertex has filed a Motion to Dismiss, which will take time to resolve. Vertex believes that an early scheduling conference, preceded by the required procedures set forth in Local Rule 16.1, would serve both parties' interests by facilitating discussion, establishing pre-trial agreements, and potentially expediting the disposition of the action.[1] This is particularly true in light of the fact that Plaintiff proceeds *pro se*.

Thank you for Your Honor's consideration of the matter.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Christopher W. Kelleher*

Christopher W. Kelleher

---

[1] Note that because Vertex's Motion to Dismiss is potentially dispositive of the First Amended Complaint in its entirety, Vertex does not believe that written discovery should commence (if at all) until the Motion has been resolved. Vertex nonetheless believes that an early scheduling conference will benefit both parties and serve the interests of judicial economy.