**Kranthi Sagar Pachikoru**

2 Congress Street, Ste 18

Milford, Massachusetts 01757

Phone: 571-570-3607

Email: kranthi@tuta.io

May 14, 2026

*Via ECF*

Honorable Margaret R. Guzman
United States District Court
District of Massachusetts (Worcester)
595 Main Street
Worcester, Massachusetts 01608

Re:    **Kranthi Sagar Pachikoru v. Vertex Pharmaceuticals, Inc.**
        Civil Action No. **4:25-cv-40184-MRG**
        Plaintiff's Response to Defendant's ECF 33 on May 13, 2026

Respected Judge Guzman -

Plaintiff, Kranthi Sagar Pachikoru ("Mr. Pachikoru") respectfully writes this letter in response to Defendant's ECF 33, dated May 13, 2026, requesting an early scheduling conference under Fed. R. Civ. P. 16 and Local Rule 16.1.

1.  Defendant's Motion to Dismiss the First Amended Complaint (ECF 22) is pending. Briefing will be complete upon the close of Plaintiff's sur-reply window. Pursuant to this Court's Order granting Defendant's Unopposed Motion for Leave to File a Reply (ECF 30 ¶4; ECF 31), Plaintiff is entitled to file a sur-reply of up to seven (7) pages within fourteen (14) days of Defendant's reply (ECF 32, filed May 8, 2026). That window remains open through May 22, 2026, and Plaintiff intends to file a motion for leave to file a sur-reply, with the proposed sur-reply attached, on or before May 22, 2026.

2.  Defendant states, in footnote 1 of ECF 33, that "Vertex does not believe that written discovery should commence (if at all) until the Motion has been resolved." A Rule 16(b) scheduling conference convened before disposition of the pending Motion to Dismiss would therefore have limited practical subject matter, because the central items typically addressed at such a conference—particularly the schedule for discovery—are, by Defendant's own representation, premature.

3.  By way of context, on May 7, 2026, Defendant's counsel proposed that the parties submit a joint request for a Rule 16.1 scheduling conference. Plaintiff declined the same day,

twice, by email. *See* Exhibit A. Plaintiff communicated, among other things, that he had not requested any such conference and that immigration-related matters are being addressed through administrative channels independent of this litigation. Plaintiff also expressly asked that no joint request be drafted or circulated. On May 7, 2026, in the same exchange, Defendant's counsel represented that any joint request would first be circulated to Plaintiff for review and approval. See Exhibit A, email on May 7, 2026, 8:26 AM. No draft was circulated. Defendant filed ECF 33 six days later.

4. Plaintiff respectfully requests that the Court defer scheduling any Rule 16(b) / Local Rule 16.1 conference until after disposition of the pending Motion to Dismiss, at which point the issues remaining (if any) for case management will be defined and a conference will serve its intended purpose.

Thank you for Your Honor's consideration.

Respectfully submitted,

/s/ Kranthi Sagar Pachikoru

_____

Kranthi Sagar Pachikoru

Plaintiff, Pro Se

2 Congress St, Ste 18

Milford, MA 01757

Phone: 571-570-3607

Email: kranthi@tuta.io

**Enclosure:**
Exhibit A – Email Exchange of May 7, 2026 (Re: Proposed Joint Rule 16.1 Request)