**Exhibit A**

# Exhibit A

Exhibit A consists of the email exchanges between Mr. Pachikoru ("Plaintiff")  and Defendant, Vertex Pharmaceuticals Inc's counsel Mr. Kelleher and Ms. Kappelman between May 6, 2026 and May 7, 2026, including Plaintiff's two declinations on May 7, 2026 of any joint request to seek a Rule 16(b) / Local Rule 16.1 status conference.

Kelleher, Christopher W.

Kelleher, Christopher W. <CKelleher@seyfarth.com>
to: kranthi@tuta.io + 1 ⏶

Wed, May 6, 2026 • 12:44

**From**
Kelleher, Christopher W. <CKelleher@seyfarth.com>

**To**
kranthi@tuta.io <kranthi@tuta.io>

**Cc**
Kappelman, Lynn <LKappelman@seyfarth.com>

> 🖼 Automatic image loading has been blocked to protect your privacy.
>
> ❓

# Pachikoru v. Vertex - Motion for Leave to File Reply

Good afternoon, Mr. Pachikoru –

We intend to file a motion with the Court, seeking leave to file a concise reply brief (i.e., no more than 7 pages), regarding the Motion to Dismiss. Would you kindly let us know if we may file the motion "unopposed"?

Thank you,

Chris

**Christopher W. Kelleher** | Senior Counsel | Seyfarth Shaw LLP

Seaport East | Two Seaport Lane, Suite 1200 | Boston, Massachusetts 02210-2028

Direct: +1-617-946-4811 | Fax: +1-617-790-5324

CKelleher@seyfarth.com | www.seyfarth.com



---

CONFIDENTIALITY WARNING:  This email may contain privileged or confidential information and is for the sole use of the intended recipient(s).  Any unauthorized use or disclosure of this communication is prohibited.  If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.

---

## kranthi@tuta.io

kranthi@tuta.io
to: ckelleher@seyfarth.com + 1 ▲                                      ⏸ Wed, May 6, 2026 • 15:09

**From**

kranthi@tuta.io

**To**

Kelleher, Christopher W. <ckelleher@seyfarth.com>

**Cc**

Kappelman, Lynn <lkappelman@seyfarth.com>

> 🖾  Automatic image loading has been blocked to protect your privacy.
>
>                                                                          ❓

# Re: Pachikoru v. Vertex - Motion for Leave to File Reply

Greetings, Mr. Kelleher -

I will assent to Vertex's motion, provided it also requests — on the same terms — leave for Mr. Pachikoru to file a sur-reply of no more than 7 pages, to be filed within 14 days after Vertex's reply is filed. On those terms, you may represent the motion as assented-to. Otherwise, please file it as opposed and I will respond accordingly.

Kind regards,
Kranthi

May 6, 2026, 16:44 by CKelleher@seyfarth.com:

> • • •

Kelleher, Christopher W.                                          🗀 Wed, May 6 • 16:12

**From**

Kelleher, Christopher W. <CKelleher@seyfarth.com>

**To**

kranthi@tuta.io <kranthi@tuta.io>

**Cc**

Kappelman, Lynn <LKappelman@seyfarth.com>

 Automatic image loading has been blocked to protect your privacy.

# RE: Pachikoru v. Vertex - Motion for Leave to File Reply

Thank you, Mr. Pachikoru –

I don't believe we can affirmatively make that request on your behalf, since we don't represent you. However, we could add that your agreement not to oppose our motion is conditioned on Vertex not opposing your request to file a sur-reply, and that Vertex does not oppose any such request.

Does that work? If so, we will confirm with the plan with the client.

Thanks,

Chris

**Christopher W. Kelleher** | Senior Counsel | Seyfarth Shaw LLP

Seaport East | Two Seaport Lane, Suite 1200 | Boston, Massachusetts 02210-2028

Direct: +1-617-946-4811 | Fax: +1-617-790-5324

CKelleher@seyfarth.com | www.seyfarth.com

Kelleher, Christopher W.                                            📁 Wed, May 6 • 12:44

kranthi@tuta.io                                                    ✈ Wed, May 6 • 15:09

Kelleher, Christopher W.                                            📁 Wed, May 6 • 16:12

kranthi@tuta.io
kranthi@tuta.io
to: ckelleher@seyfarth.com  + 1 ▲                                 ✈ Thu, May 7, 2026 • 08:17

**From**
kranthi@tuta.io

**To**
Kelleher, Christopher W. <ckelleher@seyfarth.com>

**Cc**
Kappelman, Lynn <lkappelman@seyfarth.com>

> 🖼 Automatic image loading has been blocked to protect your privacy.
>                                                                              ❓

# RE: Pachikoru v. Vertex - Motion for Leave to File Reply

Greetings, Mr. Kelleher —

Thank you for your proposal, your approach is acceptable; provided the motion expressly states both that Plaintiff's assent is conditioned on Vertex not opposing his forthcoming request for leave to file a sur-reply of no more than 7 pages within 14 days of Vertex's reply, and that Vertex does not oppose any such request. On those terms, you may represent the motion as unopposed.

Alternatively, consistent with Ms. Kappelman's offer at our 11 AM, EST, in-person meeting at your Boston office on March 31, 2026 to prepare joint procedural submission for my review before filing, Seyfarth is welcome to circulate a single "Joint Motion for Leave to File Reply and Sur-Reply Briefs" for my prompt review and assent.

Either approach works. Otherwise, please file as opposed and I will respond accordingly.

Kind regards,
Kranthi

Kelleher, Christopher W.        Wed, May 6 • 12:44

kranthi@tuta.io        Wed, May 6 • 15:09

Kelleher, Christopher W.        Wed, May 6 • 16:12

kranthi@tuta.io        Thu, May 7 • 08:17

**Kelleher, Christopher W.**
Kelleher, Christopher W. <CKelleher@seyfarth.com>
to: kranthi@tuta.io + 1 ▲        Thu, May 7, 2026 • 08:26

**From**
Kelleher, Christopher W. <CKelleher@seyfarth.com>

**To**
kranthi@tuta.io <kranthi@tuta.io>

**Cc**
Kappelman, Lynn <LKappelman@seyfarth.com>

> 🖼   Automatic image loading has been blocked to protect your privacy.
>
>                                             ❓

# RE: Pachikoru v. Vertex - Motion for Leave to File Reply

Perfect, thanks. We will include the condition and agreement below in our cover motion.

Separately, per below and our prior discussion, we will draft joint request for your review and approval, asking the Court to schedule a status conference. Please stand by for the draft.

Thanks,

Chris

## kranthi@tuta.io

kranthi@tuta.io
to: ckelleher@seyfarth.com + 1 ◤                                    ◢ Thu, May 7, 2026 • 09:51

**From**
kranthi@tuta.io

**To**
Kelleher, Christopher W. <ckelleher@seyfarth.com>

**Cc**
Kappelman, Lynn <lkappelman@seyfarth.com>

---

# Pachikoru v. Vertex — Clarification on Status Conference

Greetings, Mr. Kelleher —

To clarify a point from our March 31, 2026 in-person meeting: I never requested — nor did I agree to — a status conference with the Court on immigration matters. What I said that day was that, should a need ever arise, I shall let you know. I have not raised that need, and I am not raising it now.

My suggestion of a joint procedural submission was directed solely at the wise use of everyone's time including that of the court and the parties on the sur-reply. It is not, and should not be interpreted as, an implied invitation for a status conference on any other matter.

Immigration matters concerning me and my family are personal and private to me, and are being addressed through the appropriate administrative channels, independent of this litigation. Beyond the allegations pleaded in the First Amended Complaint, I am not seeking — and will not seek — any judicial assistance, intervention, status report, or conference from this Court on immigration matters, at least for now.

Again, should the circumstances change, I shall promptly let you know.

Accordingly, please do not draft or circulate any joint request for a status conference; I will not assent to one. Should the Court independently deem a conference necessary, I shall of course respect that and appear in good faith.

I remain available to confer on procedural matters in good faith in this case as they arise.

Kind regards,

Kranthi

Kelleher, Christopher W.

Kelleher, Christopher W. <CKelleher@seyfarth.com>
to: kranthi@tuta.io + 1 ▲                                    Thu, May 7, 2026 • 16:28

**From**
Kelleher, Christopher W. <CKelleher@seyfarth.com>

**To**
kranthi@tuta.io <kranthi@tuta.io>

**Cc**
Kappelman, Lynn <LKappelman@seyfarth.com>

> 🖼 Automatic image loading has been blocked to protect your privacy.
>
> ❓

# RE: Pachikoru v. Vertex — Clarification on Status Conference

Good afternoon, Mr. Pachikoru –

We're not seeking to hold a status conference specifically regarding the "immigration matters," but rather, so that we can move the case along, and as you mentioned during the March 31 meeting, so that you can describe to the Judge your desired result in this litigation. It is common for District Judges to hold early status conferences, including pursuant to Local Rule 16.1, and we find them to be useful.

Please let me know if this clarification changes your position.

Thanks,

Chris

**Christopher W. Kelleher** | Senior Counsel | Seyfarth Shaw LLP

Seaport East | Two Seaport Lane, Suite 1200 | Boston, Massachusetts 02210-2028

kranthi@tuta.io                                        ✈ Thu, May 7 • 09:51

Kelleher, Christopher W.                               🗁 Thu, May 7 • 16:28

✏ kranthi@tuta.io                                      🗁 Thu, May 7 • 16:56

kranthi@tuta.io
kranthi@tuta.io
to: ckelleher@seyfarth.com + 1 ▲                       ✈ Thu, May 7, 2026 • 17:27

**From**
kranthi@tuta.io

**To**
Kelleher, Christopher W. <ckelleher@seyfarth.com>

**Cc**
Kappelman, Lynn <lkappelman@seyfarth.com>



🖼 Automatic image loading has been blocked to protect your privacy.

❓

# RE: Pachikoru v. Vertex — Clarification on Status Conference

Greetings, Mr. Kelleher —

Thank you for the clarification. Vertex's Motion to Dismiss [ECF No. 22] is fully briefed and pending; the reply and sur-reply will complete the briefing, and the parties can await the Court's ruling.

The relief I seek is set forth in the First Amended Complaint. Should the Court independently deem a conference necessary, or a Rule 16(b) conference become appropriate after the Court's ruling, I will of course appear in good faith.

My position remains unchanged.

Kind regards,
Kranthi

May 7, 2026, 20:28 by CKelleher@seyfarth.com:

| • • •